**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**INDEX OF EXHIBITS**

| TAB | DESCRIPTION |
|---|---|
| A | Article from *Cigar Stars* |
| B | Trademark Registration No. 2,125,232 |
| C | Declaration of Julie A. Greenberg |
| D | Settlement Agreement |
| E | Letter dtd 3/6/06 to Julie Greenberg from Mike Byelick |
| F | Declaration of Oded Ben-Arie |