# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MIKE'S CIGARS DISTRIBUTORS, INC.
a Florida corporation

        Plaintiff,

                             Case No. 06-10990

v.

                             Hon. Bernard A. Friedman

MICHAEL BYELICK, an individual and
MD CIGARS, LLC., an Arizona
limited liability company

        Defendants.

_____/

## DECLARATION OF JULIE A. GREENBERG

JULIE A. GREENBERG declares the following to be true under penalty of perjury:

1. I am counsel of record in the captioned matter. I have personal knowledge of the facts set forth herein. If called as a witness, I would testify to same.

2. I obtained various documents from the website www.archive.org, which I understand stores archived versions of websites as they existed on the designated dates. I have printed out and attached hereto certain of these documents as described more fully herein.

3. Attached hereto as Exhibit 1 is a printout of the results from www.archive.org, when a search is entered for www.mdcigars.com. It shows the dates for which an archived version of the web materials is available, and makes the archive copies viewable through a hyperlink.

4. Attached hereto as Exhibit 2 is a printout of the archived copy associated with Byelick's website www.mikescigar.com from May 18, 2001, prior to entering into the Settlement

Agreement between Mikes Cigars and Byelick (hereafter the "Settlement Agreement").
As the printout shows, the link serves as a portal to MD Cigars' website.

5.  Attached hereto as Exhibit 3 is a printout of the archived copy associated with Byelick's
    website www.mdcigars.com from July 18, 2002, after entering into the Settlement
    Agreement.  On page 3 of the printout in the upper left corner the words "MIKE'S
    CIGARS" are visible because they have been highlighted by the curser.  Ex 3A is
    comprised of a document I created by copying from the website of Ex. 3 and pasting the
    content into a Word Document, with the font color changed from white and the font size
    increased.  I have highlighted words of interest which became visible upon pasting them
    to this document, such as "Mike's", "Mike's Cigars," "Mike's Rare & Discount Cigars "
    etc.

6.  Attached hereto as Exhibit 4 is a printout of the archived copy associated with Byelick's
    website www.mdcigars.com from Feb. 2, 2003, after entering into the Settlement
    Agreement.  On page(s) 2-3 of the printout I have circled and drawn arrows to what is
    "invisible" text, although it is barely discernable when highlighted with a curser.   I have
    copied and reprinted this text to a Word Document of Ex 4A, in black font, in a larger
    size.   Ex. 4A shows various otherwise hidden text included in the Byelick website,
    including "MIKE'S DISCOUNT CIGARS." It also shows that where the visible text
    appears to read "Mike and Andrea" it actually hides a tiny, hidden "s" after the word
    Mike, so that as reprinted in black in Ex 4A, it actually says "MIKES & Andrea…"

7.  Attached hereto as Ex. 5, 6, and 7 are printouts from web forums where MD CIGARS
    has publicized his complaints about Mike's Cigars and its principal, and encourages his
    supporters to call, fax, email.

2

8.   As recently as March 6, 2006, Defendants' website, www.mdcigars.com, included the

keyword "MIKE" in the metatags.

Further Declarant sayeth Not.

Dated:  3 · 23 · 06

JULIE A. GREENBERG

TM–W:\Word Processing\jag\mikes- greenberg Declaration.doc

3

# EXHIBIT 1

**INTERNET ARCHIVE**
**WayBackMachine**

Enter Web Address: http://mdcigars.com        All        [ Take Me Back ]    Adv. Search  Compare Archi

Searched for http://mdcigars.com                                              **71** Results

Note some duplicates are not shown. See all.
* denotes when site was updated.

## Search Results for Jan 01, 1996 - Mar 22, 2006

| 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|------|------|------|------|------|------|------|------|------|------|
| 0 | 0 | 0 | 0 | 0 | 4 pages | 8 pages | 26 pages | 17 pages | 14 pag |
| pages | pages | pages | pages | pages | | | | | |

| 2001 | 2002 | 2003 | 2004 | 2005 |
|------|------|------|------|------|
| May 05, 2001 * | Jul 18, 2002 * | Feb 02, 2003 * | Jan 23, 2004 * | Feb 05, 20 |
| May 16, 2001 | Jul 26, 2002 * | Feb 07, 2003 | Feb 05, 2004 * | Feb 06, 20 |
| Oct 05, 2001 * | Aug 02, 2002 * | Feb 13, 2003 * | Mar 25, 2004 * | Feb 10, 20 |
| Oct 19, 2001 * | Sep 23, 2002 * | Feb 14, 2003 | Mar 25, 2004 * | Feb 11, 20 |
| | Sep 25, 2002 * | Mar 22, 2003 * | May 19, 2004 * | Feb 12, 20 |
| | Sep 27, 2002 * | Mar 29, 2003 | May 25, 2004 * | Feb 14, 20 |
| | Nov 23, 2002 * | Apr 21, 2003 * | Jun 04, 2004 * | Feb 16, 20 |
| | Nov 28, 2002 * | Apr 23, 2003 | Jun 06, 2004 | Feb 20, 20 |
| | | Apr 25, 2003 * | Jun 07, 2004 * | Feb 21, 20 |
| | | May 23, 2003 * | Sep 19, 2004 * | Feb 24, 20 |
| | | May 24, 2003 | Sep 20, 2004 | Mar 02, 20 |
| | | May 25, 2003 | Oct 14, 2004 * | Mar 03, 20 |
| | | Jun 06, 2003 * | Nov 13, 2004 * | Mar 07, 20 |
| | | Jun 22, 2003 * | Nov 14, 2004 * | Mar 17, 20 |
| | | Aug 01, 2003 * | Nov 14, 2004 * | |
| | | Aug 03, 2003 | Nov 17, 2004 * | |
| | | Aug 05, 2003 | Nov 21, 2004 * | |
| | | Sep 23, 2003 * | | |
| | | Oct 07, 2003 | | |
| | | Oct 14, 2003 * | | |
| | | Oct 25, 2003 * | | |
| | | Nov 25, 2003 * | | |
| | | Nov 27, 2003 | | |
| | | Dec 15, 2003 * | | |
| | | Dec 24, 2003 * | | |
| | | Dec 28, 2003 * | | |

Home | Help

Internet Archive | Terms of Use | Privacy Policy



EXHIBIT

I

# EXHIBIT 2

Case 2:06-cv-10990-BAF-MKM ECF No. 5-5, PageID.64 Filed 03/24/06 Page 7 of 53



*"The Best Little Cigar Store on the Net!"*

*"The Best little Cigar Store on the Net!"*

### WWW.MDCIGARS.COM

## Your Portal to Cigars & Cigar Resources

| ⊡ Cigar Singles | ⊡ By the Box | ⊡ Deal of the | ⊡ Samplers | ⊡ Accessories | ⊡ Order |
| --- | --- | --- | --- | --- | --- |

Looking for your Favorite Cigar? let me know and Ill find it for you!  ~  M

NEW! We Have <u>Gift Certificates</u>! NEW!

*And the star-spangled banner in triumph shall wave O'er the land of the free and the home of the brave.*

NEW! <u>Hundreds of New Cigars in our Box List!</u> NEW!

Want to be on our Email Special Mailing List?  <u>Click Her</u>



MD Cigars. Rare and Discount Cigars, Accessories and Links-!    Page 2 of 3

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.65   Filed 03/24/06   Page 8 of 53



**Looking for Boxes?**

*Support the Red Cross.*

*We accept:*

VISA

## Order

Submit your site to all the major search engines!

| H.Upmann | Bundles | Sosa Rated 93! |

Xikar Cutters are in! Rosewood Xikar! NEW!

Carlos Torano Signature Perfecto and Toro!

Perdomo 2 Camer...

*See these, and other rare cigars at discount prices in c... Singles Humidor!*

Win a Free Bundle of Cigars! See our Specials Page!

We have a bunch of New Samplers

Looking for Cigar Auctions?  Check out my Resources Page!

Find out about the Hands Across America Box Pass!  The First Natio... box Pass!

*MD Cigars is always happy to provide individual care, personal service, and the ... attention to all of our customers.*

*MD Cigars does not sell Tobacco products to anyone under the age of 18.*

AddFreeStats

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.66   Filed 03/24/06   Page 9 of 53

*Close Outs*

*Click here*
*for our*
*Singles*
*Humidor*

*Click here*
*for our Box*
*pricing*

*Click To Order!*

*Support the Red Cross.*

Questions or Comments:

Contact: mdcigars@home.com

This site best viewed with



MD Cigar's
www.mdcigars.com
3111 Macaulay Suite 203
San Diego, California. 92106
Telephone: 619-223-6010

Questions about this web site? Send mail to mdcigars@home.com
Last modified: October 03, 2001

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.67   Filed 03/24/06   Page 10 of 53



*"The Best Little Cigar Store on the Net!"*

*"The Best little Cigar Store on the Net!"*

### WWW.MDCIGARS.COM

# Your Portal to Cigars & Cigar Resources

| ⊡ Cigar Singles | ⊡ By the Box | ⊡ Deal of the | ⊡ Samplers | ⊡ Accessories | ⊡ Order |

Looking for your Favorite Cigar? let me know and Ill find it for you! ~ M

NEW! We Have <u>Gift Certificates</u>! NEW!

NEW! <u>Hundreds of New Cigars in our Box List!</u> NEW!

Want to be on our Email Special Mailing List? <u>Click Her</u>

*And the star-spangled banner in triumph shall wave O'er the land of the free and the home of the brave.*



Try one of our new Samplers!

Punch, Punch

La Aurora Preferic

Case 2:06-cv-10990-BAF-MKM    ECF No. 5-5, PageID.68    Filed 03/24/06    Page 11 of 53



| H.Upmann | Bundles | Sosa Rated 93! |
| --- | --- | --- |
| Xikar Cutters are in! Rosewood Xikar! NEW! | Carlos Torano Signature Perfecto and Toro! | Perdomo 2 Camer |

Looking for Boxes?

*Support the Red Cross.*

We accept:

**VISA**

**Order**

Submit your site to all the major search engines!

*See these, and other rare cigars at discount prices in c Singles Humidor!*

Win a Free Bundle of Cigars! See our Specials Page!

We have a bunch of New Samplers

Looking for Cigar Auctions?  Check out my Resources Page!

Find out about the Hands Across America Box Pass!  The First Natio box Pass!

*MD Cigars is always happy to provide individual care, personal service, and the u attention to all of our customers.*

*MD Cigars does not sell Tobacco products to anyone under the age of 18.*

AddFreeStats

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.69   Filed 03/24/06   Page 12 of 53

## Close Outs

### Click here for our Singles Humidor

### Click here for our Box pricing

### Click To Order!

*Support the Red Cross.*

Questions about this web site? Send mail to mdcigars@home.com
Last modified: October 03, 2001

Questions or Comments:

Contact: mdcigars@home.com

This site best viewed with

GET Microsoft
Internet
Explorer

MD Cigar's
www.mdcigars.com
3111 Macaulay Suite 203
San Diego, California. 92106
Telephone:  619-223-6010

# EXHIBIT 3

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.71   Filed 03/24/06   Page 14 of 53



*MD Cigars*

*"The Best Little Cigar Store on the Net!"*

## Your Portal to Cigars & Cigar Resources

Home | Cigars | Box List | Bundles | Cigar Samplers | Tobacco

Accessories | Order

FREE! Get 5 Perdomo Cigars FREE with Purchase of a 5 pack of Perdo

Buy any Box of Drew Estates Acid or Natural and you get your choice of a 5
Drew Estates Cigars or an Acid or Natural T-Shirt!!

Join our Email List and sign up for a Chance to Win a Free Bundle of Cig



- Home
- Whats New
- Closeouts
- Specials
- Forums
- Resources
- Links
- About us
- Guarantee
- Apparel
- Aroma Lamps

COLLECTION

CIGAR
Aficionado
APPAREL & CAPS

Try one of our Cigar Samplers!

We Have Luna Maduro Fuerte In Stock!

**EXHIBIT**
**3**

Buy any Cigar
and get a Free 5
H.Upmann Vi

MD Cigars. Rare & Discount Cigars, Accessories, Links & Resources-.                    Page 2 of 3

Case 2:06-cv-10990-BAF-MKM    ECF No. 5-5, PageID.72    Filed 03/24/06    Page 15 of 53



We accept:

Order

Submit your site to all the major search engines!

Close Outs

Click here for our Singles Humidor

Click here for our Box pricing

Click To Order!

Cigars!

Get this Xikar Jacket for FREE! When you buy our Executive Cigar Starter Kit!

MD **Cigars** Bundles!

The Best Bundles on the Net!

Looking for Estate's Acid or Collector T

Lampe Berger Style & Nicoli Aroma Lamps! Remove Tobacco Odor!

Buy a 5-Pack of La Perla and enter to Win a Free Teak Humidor!

Free Cuban Wh with Purcha Perdomo C

Use of this site acknowledges that you are of legal age to purchase tobacco products in your s

Don't forget to visit our Cigar Links Pages.

Looking for your Favorite Cigar? let me know and Ill find it for you!   ~ N

See these, and other Rare Cigars at Discount Prices in our

Single's Humidor!

Looking for __ Cigar Auctions?  Check out my Resources Page!

Questions or Comments:

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.73   Filed 03/24/06   Page 16 of 53



# Order

*Contact: Mike or Andrea at <u>customerservice@mdcigars.com</u>*

*Both Mike & Andrea at MD Cigars are always happy to provide individual care, perso
and the utmost attention to all of our customers. We are committed to providing the be
shopping experience possible!   Rare cigars at Discount Prices! Single Cigars, Bundles
or boxes!___*   ⟶ coped on next page

_ **MD Cigars does not sell Tobacco products to anyone under the age of 18.**

*MD Cigar's and Accessories*
*<u>WWW.MDCIGARS.COM</u>*
*3111 Macaulay Suite 203*
*San Diego, California. 92106*
*Telephone:  619-223-6010*



☒ AddFreeStats - Free Web Stats in real-time -

*Mikes* Cigars
Cigars

Cigars

Cigars
Cigars

Cigars



EXHIBIT

tabbies®

3A

FREE!  Get 5 Perdomo Cigars FREE with Purchase of a 5 pack of  Perdomo !

---

Buy any Box of Drew Estates Acid or Natural and you get your choice of a 5-pack of
Drew Estates Cigars or an Acid or Natural T-Shirt!!

---

Join our Email List and sign up for a Chance to Win a Free Bundle of Cigars!

| | | |
|---|---|---|
| Try one of our Cigar Samplers! | We Have Luna Maduro Fuerte In Stock! | |
| | | Buy any Cigar Humidor and get a Free 5-Pack of H.Upmann Vintage 95 Cigars!! |
| Get this Xikar Jacket for FREE! When you buy our Executive Cigar Starter Kit! | MD Cigars Bundles! The Best Bundles on the Net! | Looking for Drew Estate's Acid or Natural Collector Tins? |

| Lampe Berger Style & Nicoli Aroma Lamps! Remove Tobacco Odor! | Buy a 5-Pack of La Perla and enter to Win a Free Teak Humidor! | Free Cuban Wheel Cigars with Purchase of Perdomo Cigars! |
| --- | --- | --- |
|  |  |  |

*Use of this site acknowledges that you are of legal age to purchase tobacco products in your state*

Don't forget to visit our Cigar Links Pages.

Looking for your Favorite Cigar? let me know and Ill find it for you!  ~ Mike's ~

---

*See these, and other Rare Cigars at Discount Prices in our*

*Single's Humidor!*

Looking for Mike's Cigar Auctions?  Check out my Resources Page!

---

*Questions or Comments:*

*Contact: Mike or Andrea at customerservice@mdcigars.com*

*Both Mikes & Andrea at MD Cigars are always happy to provide individual care, personal service, and the utmost attention to all of our customers. We are committed to providing the best internet shopping experience possible!  Rare cigars at Discount Prices! Single Cigars, Bundles, 5 packs, or boxes! Mikes Cigars          Mike's Rare & Discount Cigars, Discount Cigars, Discount Acid and Natural Cigars, Bundle Cigars, Cigar 5 packs, Xikar Cutters, Humidors and more! Quality Cigars at a great Price!.  Mike's Samplers are the Best!*

*Cigars   MD Cigars does not sell Tobacco products to anyone under the age of 18.*
*Mike's*

*MD Cigar's and Accessories*
*WWW.MDCIGARS.COM*



*3111 Macaulay Suite 203*
*San Diego, California. 92106*
*Telephone:  619-223-6010*

# EXHIBIT 4

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.79   Filed 03/24/06   Page 22 of 53



*MD*

*MD Cigars*

*"The Best Little Cigar Store on the Net!"*



**EXHIBIT**

**4**

## Your Portal to Cigars & Cigar Resources

| Home | Cigars | More Cigars! | Bundles | Cigar Tins | Cigar Samplers |
| Tobacco | Accessories | Order |



Join our Email List and you are entered to Win a Free Bundle of Cigars!

New Criollo 98 Cigars and Trilogy Cigars by Alec Bradley are here!

We are proud to add Helix Cigars to our humidor!



Home

Closeouts
Specials
Forums
Resources
Links
Freebies
Newspaper
About us
Guarantee

Shipping


View Shopping Cart


COHIBA LINE

We have lots of new Cigars in our Singles Humidor!

Come to our new Shop Location! In Yuma Az! See pics of the construction here!

La Luna Blowout!

15% off all La Luna Cigars in Stock!!

Graycliff Cigars



La Maison Aroma Lamps



Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.80   Filed 03/24/06   Page 23 of 53

*We accept:*

Submit your site to all the major search engines!

View Shopping Cart

Removes Tobacco Odors!

| | | |
|---|---|---|
| Dunhill Cigars | MD Cigars Bundles! | Sancho Panza |
| C.A.O. Cigars! | La Aurora Preferido | Looking for a Humidor? |

## Now introducing Killer Beans!

## Beans captured by the Leyenda™ Cigar Company!

*Use of this site acknowledges that you are of legal age to purchase tobacco products in your state*

Don't forget to visit our Cigar Links Pages.

Looking for your Favorite Cigar? let me know and Ill find it for you!  ~ Mike ~

*See these, and other Rare Cigars at Discount Prices in our*

*Single's Humidor!*

Looking for .. Cigar Auctions?  Check out my Resources Page!

*Questions or Comments:*

*Contact: Mike or Andrea at* <u>customerservice@mdcigars.com</u>

Customers are responsible for any Duties or Taxes imposed by their local government

*Both Mike & Andrea at MD Cigars are always happy to provide individual care, personal service, and the utmost attention to all of our customers. We are committed to providing the best internet shopping experience possible!  Rare cigars at Discount Prices! Single Cigars, Bundles, 5 packs, or boxes!*

*MD Cigars does not sell Tobacco products to anyone under the age of 18.*

MD Cigar's and Accessories
<u>WWW.MDCIGARS.COM</u>
P.O. Box 26062
Yuma, AZ. 85367
Phone: 928-305-8891
Fax: 928-345-0685
Store Hours: Mon - Fri 10 to 10

AddFreeStats



Home | Cigars | Bundles | Cigar Tins | Cigar Samplers
Tobacco | Accessories | Order

Home

Forums
Resources

Freebies
Newspaper
About us
Guarantee
Aroma Lamps
Shipping

View Shopping Cart

COHIBA LINE

*We accept:*

Submit your site to all the major search engines!



*Mikes Discount Cigars*

View Shopping Cart

EXHIBIT

tabbies

4A

*Both Mikes & Andrea at MD Cigars are always happy to provide individual care, personal service, and the utmost attention to all of our customers. We are committed to providing the best internet shopping experience possible!   Rare cigars at Discount Prices! Single Cigars, Bundles, 5 packs, or boxes! Mikes Mike's Rare & Discount Cigars, Discount Cigars, Discount Acid and Natural Cigars, Bundle Cigars, Cigar 5 packs, Xikar Cutters, Humidors and more! Quality Cigars at a great Price!.  Mike's Samplers are the Best!*

**Cigars   MD Cigars does not sell Tobacco products to anyone under the age of 18.**
*Mike's*

MD Cigar's and Accessories
WWW.MDCIGARS.COM
P.O. Box 26062
Yuma, AZ. 85367
Phone: 928-305-8891
Fax: 928-345-0685
Store Hours: Mon - Fri 10 to 10

# EXHIBIT 5

RNB :: View topic - Mikes Cigars Threatening to sue me for using my name again!    Page 1 of 4

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.85   Filed 03/24/06   Page 28 of 53



# RNB
## Home of the Redneck Bastids

FAQ   Search   Memberlist   Usergroups   Register
Profile   Log in to check your private messages   Log in

# Mikes Cigars Threatening to sue me for using my name again!

**newtopic**   **postreply**    RNB Forum Index -> General

View previous topic :: View next topic

| Author | Message |
|---|---|
| **mdman**<br>Site Member<br><br>*MD*<br><br>Joined: 17 Dec 2004<br>Posts: 84 | Posted: Mon Mar 06, 2006 12:46 pm   Post subject: Mikes Cigars Threatening to sue me for using my name again!   **quote**<br><br>Here we go again!<br><br>Oscar at Mikes Cigars is sending me threatening letters saying they are going to sue me for my website MDCigars.<br><br>we have letters to the troops on the site thanking us for all we do for them. they refer to me as "Mike" in the letters, saying Thanks and so on.<br><br>Well, Oscar does not like it, and states he is going to sue me..<br>I say, Bring it on!<br><br><br>What do you guys think, are my Letters from the Troops causing confusion between Mikes cigars and MD Cigars? I think not.<br><br>This is total BS and I urge you all to call or email them and let them know what you think!<br><br>Toll Free:<br>800-962-4427<br><br>24hr Fax:<br>305-866-7977<br><br>customerservice@mikescigars.com |

 

Back to top    **profile**  **pm**

> **EXHIBIT**
> tabbies
> 5

| | |
|---|---|
| **CigarheadRNB**<br>Site Admin | Posted: Mon Mar 06, 2006 1:32 pm   Post subject:   **quote**<br><br>I emailed em.......and they don't know what I am talkning about. |

RNB :: View topic - Mikes Cigars Threatening to sue me for using my name again!  Page 2 of 4

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.86   Filed 03/24/06   Page 29 of 53



Joined: 31 Dec 1969
Posts: 4978
Location: NC Home of the
Red Neck Bastids

Back to top





   

---

**mdman**
Site Member



Joined: 17 Dec 2004
Posts: 84

Back to top

☐ Posted: Mon Mar 06, 2006 2:09 pm    Post subject:            quote

LOL.
Sure they dont.. I have faxed each copy of correspondance to their lawyers to
them also..

So, of course they know about it! who ever answers emails and faxes are
getting all the info..

 

---

**AlchemistRNB**
Moderator

Site Donor



Joined: 25 Nov 2004
Posts: 9343
Location: Race City, USA

Back to top

☐ Posted: Mon Mar 06, 2006 2:35 pm    Post subject:            quote

and it AIN'T like it's a big place with a room full'a secritaries! 😵





---

**mdman**
Site Member



Joined: 17 Dec 2004
Posts: 84

Back to top

☐ Posted: Mon Mar 06, 2006 3:48 pm    Post subject:            quote

LOL..
I just dont get it with these guys.. 😵



RNB :: View topic - Mikes Cigars Threatening to sue me for using my name again!     Page 3 of 4

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.87   Filed 03/24/06   Page 30 of 53



**mdman**
Site Member



Joined: 17 Dec 2004
Posts: 84

**Back to top**

☐ Posted: Mon Mar 06, 2006 5:04 pm    Post subject: 

Well I have to say Thanks guys!

Thanks to you guys, and a few other boards, it looks like an agreement is close at hand if not done already..

Thanks again guys! Great Job! I think we can close this up!



**CigarheadRNB**
Site Admin



Joined: 31 Dec 1969
Posts: 4978
Location: NC Home of the
Red Neck Bastids

**Back to top**

☐ Posted: Mon Mar 06, 2006 5:06 pm    Post subject: 





You are 209.114.252.202! Your ISP is Idmi.com!
You are running on Windows XP and using IE 6!
How you like me now?

 

**Kevin7RNB**
Moderator



Joined: 19 Nov 2004
Posts: 551
Location: Monroe NC

**Back to top**

☐ Posted: Mon Mar 06, 2006 6:05 pm    Post subject: 

I think I'll call em tommorrow and order 1K worth of cigars and before I hang up I will ask em"hey are you the guys who harrased a shop owner who sent cigars to the troops ?'" "Well never mind I'll go order from him instead" Dont think I wont do such stuff 😈

Check yourself before you wreck yourself



**CigarheadRNB**
Site Admin



Joined: 31 Dec 1969
Posts: 4978
Location: NC Home of the
Red Neck Bastids

☐ Posted: Mon Mar 06, 2006 6:06 pm    Post subject: 

LOL, I hear that.



You are 209.114.252.202! Your ISP is Idmi.com!
You are running on Windows XP and using IE 6!
How you like me now?

RNB :: View topic - Mikes Cigars Threatening to sue me for using my name again!    Page 4 of 4

Case 2:06-cv-10990-BAF-MKM   ECF No. 5-5, PageID.88   Filed 03/24/06   Page 31 of 53



# EXHIBIT 6

**Welcome to StogieChat.com**
**Forum for Cigars and Much More!**

Welcome, Guest. Please Login or Register.
Mar 15th, 2006, 5:01pm

⌂ **Home**  ? **Help**  ⌕ **Search**  ⁂ **Members**  ⊞ **Login**  **Register**

StogieChat.com
└ General
  └ News Section (Moderators: ET - TBS-Cigars.com, LZ6, B-Dub, Cigar Ambassador, IrishCelt, LaochRi a Deatach, MikeD)
    └ Mikes Cigars Threatening to sue me for using my na

« Previous topic | Next topic »

Pages: 1

🖅 **Reply**  📋 **Add Poll**  ⟳ **Notify of replies**  📤 **Send Topic**  🖨 **Print**

📁 **Author**     **Topic: Mikes Cigars Threatening to sue me for using my na  (Read 187 times)**

**mdman**
Cigarillo

**Mikes Cigars Threatening to sue me for using my na**
« **on:** Mar 6th, 2006, 12:50pm »

⏻ **Quote**  ✍ **Modify**



www.mdcigars.co m

⌂
**Menu**  Posts: 47

Here we go again!

Oscar at Mikes Cigars is sending me threatening letters saying they are going to sue me for my website MDCigars.

we have letters to the troops on the site thanking us for all we do for them.  they refer to me as  "Mike" in the letters, saying Thanks and so on.

Well, Oscar does not like it, and states he is going to sue me..
I say, Bring it on!

What do you guys think, are my Letters from the Troops causing confusion between Mikes cigars and MD Cigars?  I think not.

This is total BS and I urge you all to call or email them and let them know what you think!

Toll Free:
 800-962-4427

24hr Fax:
 305-866-7977

customerservice@mikescigars.com

⊞⊞ IP Logged

Cigars are fer smokin™..
www.mdcigars.com

**EXHIBIT**
**6**

**CigarGuy, Smart Ash**

📄 **Re: Mikes Cigars Threatening to sue me**

Exclusive Member
Churchill
⭐⭐⭐⭐⭐

**for using m**

« Reply #1 on: Mar 6th, 2006, 1:20pm »          ✎ Quote  ✎ Modify



What is the URL for this MIke guy?

I doubt you have anything to worry about.
In order to win he'd have to prove that the URL has nothing to do
with you, AND that you bought it with the intent to either screw him
over or charge him some rediculous price for it.

Web developer by day...
Cigar Enthusiast by
night!

⌂                                                              =ⅢⅠ=  IP Logged

Posts: 2299

http://www.dougmeade.com - *You know you want to!*

---

**tfire136**
Churchill
⭐⭐⭐⭐⭐

**Re: Mikes Cigars Threatening to sue me**
🗒 **for using m**

« Reply #2 on: Mar 6th, 2006, 1:25pm »          ✎ Quote  ✎ Modify



Yeah I seen the same post over at CP. I dont think you have
anything to worry about. Sounds like the guy is just trying to give
you a hard time.

Field Artillery King of
Battle!!!!!

                                                              =ⅢⅠ=  IP Logged

Gender: ♂
Posts: 1332

As I walk through the valley of the shadow of death I fear no evil becuase I am the
baddest MotherF*&%*r in the valley!!!

---

**ET - TBS-
Cigars.com**
**Cigar Administrator**
⭐⭐⭐⭐

**Re: Mikes Cigars Threatening to sue me**
🗒 **for using m**

« Reply #3 on: Mar 6th, 2006, 1:37pm »          ✎ Quote  ✎ Modify



Hey MD,

There is little that he can actually do except make a big stink and
maybe try to waste time in court.  Your website has nothing to do
with his, nor are you even using a tradename that is exclusive to
him.   Even IF you were, it would have to be proven that it is being
used in bad faith.

In todays world, one can sue for anything.   But there has to be
some sufficient grounds for that person to win.  Especially in such a
case!

CrazyCigarDeals .com -
Crazy Low prices on
cigars!

⌂ ✉          « Last Edit: Mar 6th, 2006, 1:37pm by ET - TBS-Cigars.com »          =ⅢⅠ=  IP Logged

Gender: ♂
Posts: 31554

While we all have the same destination in life, its the journey and what cigars we smoke which define us.

**mdman**
Cigarillo
☆

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #4 on: Mar 6th, 2006, 2:11pm »            Quote    Modify



www.mdcigars.co m

⌂

Posts: 47

Ya.. I know I am in the right.. but it burns I disagree.

I have given the guy my cell number, but he refuses to even talk to me..
He prefers to get his lawyers to do it..

Im going to have to sue for harrasment I guess..

IP Logged

Cigars are fer smokin'".. 
www.mdcigars.com

**Cigar_Penguin**
Torpedo
☆☆☆☆

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #5 on: Mar 6th, 2006, 3:57pm »            Quote    Modify



World Renowned

✉

Gender: ♂
Posts: 251

Mike or MD...hmm,no confusion there,two entirely different names.
It's like if one guy bought a domaine mikes.com and another bought mikes.org....its legal in all aspects.
This guy is an idiot and because of his retarded actions I'd stay away from his site altogether,let alone do business with him.Of course there may be more to the story but either way it's none of my business.

IP Logged

**MikeD**
Cigar Moderator
Moderator
Churchill
🚬🚬🚬🚬🚬

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #6 on: Mar 6th, 2006, 4:59pm »            Quote    Modify



Arrrrghhhhh!!

I hope I won't get sued cause my name is Mike and sometimes I just go by "MD" as well 😊 😀

IP Logged

Gender: ♂
Posts: 8202



**CigarGuy, Smart Ash**
Exclusive Member
Churchill
⭐⭐⭐⭐⭐

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #7 on: Mar 6th, 2006, 5:01pm »          Quote   Modify



Web developer by day...
Cigar Enthusiast by night!

And you've been known to smoke cigars.
If I were you... I'd get a lawyer

                                                                    IP Logged

Posts: 2299          http://www.dougmeade.com - *You know you want to!*

**mdman**
Cigarillo
⭐

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #8 on: Mar 6th, 2006, 5:09pm »          Quote   Modify

Well I have to say Thanks guys!

Thanks to you guys, and a few other boards, it looks like an agreement is close at hand if not done already..

Thanks again guys!  Great Job!  I think we can close this up!

www.mdcigars.co m

                                                                    IP Logged

Posts: 47          Cigars are fer smokin'™..
                   www.mdcigars.com

**MikeD**
*Cigar Moderator*
Moderator
Churchill
⭐⭐⭐⭐⭐

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #9 on: Mar 6th, 2006, 5:10pm »          Quote   Modify

Glad to hear that it came to a non-litagation agreement 😊



Arrrrghhhhhh!!





Gender: ♂
Posts: 8202

**Ghostdog**
Torpedo
⭐⭐⭐⭐⭐

IP Logged



### Re: Mikes Cigars Threatening to sue me for using m
« Reply #10 on: Mar 6th, 2006, 9:45pm »

Quote   Modify

Give em two words...."BITE ME " !!!! 😁

IP Logged





"Daddy said son, dont lose your head....

To a woman that will spend ya Bread " !

Gender: ♂
Posts: 336

**Djaric**
Churchill
⭐⭐⭐⭐⭐

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #11 on: Mar 7th, 2006, 1:20am »

Quote   Modify



Man.. It seems to be a rough business selling cigars these days.  If its not people hiding your website name on their site to try and steal your traffic, its people like this.
Glad things are working out for you though!

😊

Gender: ♂
Posts: 2073

**IrishCelt,
LaochRi a
Deatach**
*Cigar Moderator*
Moderator

IP Logged

The way to a mans heart is though his right foot.

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #12 on: Mar 7th, 2006, 3:59am »

Quote   Modify

**Churchill**

Glad to see this may have ended quickly



irish whiskey and cigars,
nothing better!!!



Gender: ♂
Posts: 6201

"NYPD means I will Nock Yo Punkass Down!"

**Bartok -
raconteur,
scoundrel**
Churchill

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #13 on: Mar 7th, 2006, 7:47am »

Quote   Modify



Stogiechat is not
dead, it just smells
funny.

on Mar 6th, 2006, 12:50pm, mdman wrote:

> Here we go again!
> they refer to me as  "Mike" in the letters, saying Thanks and so on.
>
> Well, Oscar does not like it, and states he is going to sue me..
> I say, Bring it on!
>
>
> What do you guys think, are my Letters from the Troops causing confusion
> between Mikes cigars and MD Cigars?  I think not.

Posts: 2265

Well, I'd be suspicious as to whether he has a trademark on that
name or not.  Personally, I wouldn't sweat it until the subpeona shows
up at your door.

IP Logged

"Happiness? A good cigar, a good meal, a good cigar and a good woman—or a bad woman;
it depends on how much happiness you can handle." - George Burns

**LC stogiechat
homebrew
gnome**
Churchill

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #14 on: Mar 7th, 2006, 1:48pm »

Quote   Modify

seems like you went through this not too long ago, is this a repeat?

peace, love, and

I'm with what ET said, and in addition, even if it was in bad faith,
there are still some circumstances in which direct legitimate
buisness competition allows for that kind of behavior, so he'd still be
screwed, so I hope for his sake he is baking down, because if
somebody dragged me into court over shee-ot like that, you could
bet my lawyer would be drawing up a counter suit for business lost
as a result of dealing w/ that bull, and it would have all the lawyer's

gnomewrath

fees in there and everything.

=▥= IP Logged

"I got a Funky job and I'm payin my dues on my good foot..."
J. Brown

**Fishpoop**
Churchill
⭐⭐⭐⭐⭐

### Re: Mikes Cigars Threatening to sue me for using m
« Reply #15 on: Mar 14th, 2006, 9:43am »

🗐 Quote 🗒 Modify



Love children like no
other, teach them the
world

I have actually ordered from Mikes and they seem to me to be a
class act. I think it is sad that The cigar smokers are a bunch of
class acts, but when it comes to sales no one can get along! I get so
sick of seeing the bickering between everyone that sells online!

Gender: ♂
Posts: 753

=▥= IP Logged

**Pages: 1**

🖅 Reply 🗳 Add Poll 🗐 Notify of replies 🖼 Send Topic 🖨 Print

« Previous topic | Next topic »

StogieChat.com » Powered by YaBB 1 Gold - SP 1.3.1!
YaBB © 2000-2003. All Rights Reserved.
**Please visit some of our cigar sites for a huge selection of premium cigars.**
TBS-Cigars.com - HeavenlySmokes.com - CojiMart.com - PrimeTimeCigars.com - CigarSampler.com
CojimarCigar.com - TatianaCigars.com - AllFlavoredCigars.com - TuxedoCigars.com

**Enter your EMAIL ADDRESS below to signup for our newsletter and early bird specia**

```
SIGN UP
TODAY!
```

# EXHIBIT 7



Login or Register          :: Home :: HP Chat :: Your Account :: Forums ::          Mar

## Herfers Paradise: Forums

Login | Register | FAQ | Membe

### The Best Damn Cigar Site On Earth!

Herfers Paradise Forum Index -> Herf House -> Mikes Cigars Lawsuit is on!          **Goto pag**

[new topic] [post reply]          **View previous topic :: V**

**Mikes Cigars Lawsuit is on!**

Posted: Sun Mar 19, 2006 9:26 am

**mdman**
HP Member

Joined: Sep 05, 2004
Posts: 504
Location:
WWW.MDCIGARS.COM

Well, Im back from my vacation and I see that Mikes Cigars has filed a lawsuit. as yo
dont like that I use my name "Mike" on my website as in the letters from the troops a

Total bullshit as far as I am concerned..

Then their lawyers say they are going to settle, but behind my back file anyway!

Then, when I return from my vacation I find that now Now the jerks at Mikes cigars h
far as to copy my site! what a Jerk this Oscar must be..

If you look here you will see what Mikes Cigars website looked like just before the lav
http://web.archive.org/web/20050330011647/http://www.mikescigars.com/

now if you go to www.mikescigars.com and see that site..

now look at mdcigars www.mdcigars.com

EXHIBIT

7

those guys are copying my site to make it look like I am copying them!
They have copied my script for the scrolling product windows exactly!

Lucky I have archived copies of my site for the last few years showing I created this
They just changed recently to make it look like I copied them!

I will be scanning the docs and posting them if you all wish to see them.

Last edited by mdman on Sun Mar 19, 2006 11:50 am; edited 1 time in total

| profile | | pm | | www |

D Posted: Sun Mar 19, 2006 9:30 am

**valuman**
HP Member

Joined: Sep 04, 2004
Posts: 3197
Location: Vermont

Too bad these people have so much time on their hands. What a PITA for you. Good lu

| profile | | pm | | email |

D Posted: Sun Mar 19, 2006 9:33 am

**Burny**
HP Member

Joined: Sep 05, 2004
Posts: 3703
Location:
*VIRGINIA*

Good luck to you. Tis ashame the bastards have to be dishonest to try and get custom
posted.

| profile | | pm |

D Posted: Sun Mar 19, 2006 9:35 am

**PastorJack**
HP Member

Joined: Feb 15, 2006
Posts: 177
Location: Rochester,
NY

Fight da powah! Damn da man!



☐ Posted: Sun Mar 19, 2006 9:37 am

**tygersburn2**
HP Member

Joined: Sep 04, 2004
Posts: 5805
Location: s/west
oklahoma

never have been too crazy about mikes.

this lowers my opinon of them even more; it's a frivolous suit in the first place.

but copying your site??

☐ Posted: Sun Mar 19, 2006 9:38 am

**jrharrigan**
HP Member

Joined: Sep 04, 2004
Posts: 1032
Location: Western
PA

you better hope no one confuses your respective shops...i would hate to be confused w
that runs mike's. your business would drop off significantly were that to happen.

i have long refused to buy anything from that shop as a result of the many complaints
over the years, but this takes the cake.

a man can use his given name in business, especially as you have. you should consider
countersuit for your expenses if this can be done in your state. this is clearly frivolous
and there should be a cost beyond the ill will this will generate with people like us...pe
a lot of cigars.

then again, maybe we are just a drop in the bucket of the overall business of mike's ar
safely ignored.

☐ Posted: Sun Mar 19, 2006 9:57 am

**Sam_da_Man**
HP Member

Joined: Sep 07, 2004
Posts: 4906
Location: Maryland

# YOU GO MIKE! POWER TO THE PEOPLE!

# STICK IT TO THE MAN!!!





□ Posted: Sun Mar 19, 2006 10:13 am

**jhammer**
Moderator



Boy, that sounds like a sticky situation. I'm not sure if I was attorney that i'd advise p(
story on a public BB, but good luck.

Joined: Aug 29, 2004
Posts: 1347
Location:
Indianapolis



□ Posted: Sun Mar 19, 2006 10:20 am

**mdman**
HP Member

Ya.. probably not.. but I feel that the truth should be known.

Joined: Sep 05, 2004
Posts: 504
Location:
WWW.MDCIGARS.COM

I sure would never do business with such a dishonest company..

To think they would sue me and say that customers are confused by my site, then co
webpage to make it that way!

That is LOW.. Dishonest and Crooked!



□ Posted: Sun Mar 19, 2006 10:50 am

**USN_Retired**
HP Member

Wow, that's really cheesy!! I have had my share of problems with Mike's in the past - r
very fond of them. They've pulled a couple of fast ones on me. After hearing this I will
avoiding them. Are you reading this Mike's?

Joined: Sep 04, 2004
Posts: 1518
Location: Cedar

Grove, NC



profile | pm

**Posted:** Sun Mar 19, 2006 11:00 am

**Herfnerd**
HP Member

Joined: Sep 05, 2004
Posts: 2239
Location: Charlotte,
NC

I've bought from Mikes Cigars in the past - looks like they lost my business......

profile | pm | email | www

**Posted:** Sun Mar 19, 2006 11:01 am

**FatJack**
HP Member

Joined: Sep 04, 2004
Posts: 611
Location: Live from
Tampa Bay ‹(•¿•)›

Sometimes I don't get the big picture but from what I'm hearing a guy named
owns a company named Mike's Cigars doesn't want a guy name Mike who ow
company named MD Cigars to be called Mike on any of his web site postings.

There is got to be something else that is not in this big picture. The only winn
lawyers who will be making money. Unless you can counter sue for a frivolou:
and recover lawyer cost.

Good Luck

Those pictures from the serviceman deployed are great.

profile | pm

**Posted:** Sun Mar 19, 2006 11:08 am

**Drakhuul**
HP Member

Joined: Sep 04, 2004
Posts: 344

This is a link to the "wayback machine", an internet archive of websites going back ma

http://www.archive.org

Hope it helps 

[profile] [pm] [email]



□ Posted: Sun Mar 19, 2006 11:12 am

**Pauly**
HP Member

Joined: Sep 07, 2004
Posts: 813
Location: In Fingal's
Cave

> **jhammer wrote:**
> Boy, that sounds like a sticky situation. I'm not sure if I was attorney that I'd advise pos
> story on a public BB, but good luck.

What DMC Hammer said. Don't try the case **here** with these bozos as a jury. Save you energy for the real deal. Also, any statements/admissions made here may come back t like a bad Papayo! Seriously, your livelihood is at stake...take it seriously.

[profile] [pm]



□ Posted: Sun Mar 19, 2006 11:14 am

**RSteve**
HP Member

Joined: Sep 04, 2004
Posts: 2410
Location: A
Maximum of Three
Incisive Posts Per
Week, All Else Crap!

Mike, as I wrote earlier, you really need to determine venue. Cross file in your local co

Here's where another problem lies. Mike's Oscar Borochin, JR's Lew Rothman, Holt's R and House of Oxford's Mark Goldman control significant product distribution. They are beside being colleagues. If you have difficulty getting product from any and all, either distribution channels or from manufacturers, your only recourse is to file in federal cou are colluding to restrict trade. Of course, first recourse, is to the U.S. Department of Ju of Alcohol, Tobacco, and Firearms. Pending a hearing, you could have Mike's license to products suspended.

If, indeed, Mike's has recently changed its website and it now mimics yours, you shoul sue and get substantial damages.

[profile] [pm]



□ Posted: Sun Mar 19, 2006 11:39 am

**maintainin**
HP Member

Joined: Sep 10, 2004
Posts: 1273

I don't like this kind of practice and I will not buy from Mike's again.



Location: High
Country, Montana

profile · pm

D Posted: Sun Mar 19, 2006 11:48 am

**op**
HP Member

Joined: Jul 29, 2005
Posts: 2180
Location: Va.
Beach/Miami

Having found that there are two sides to every story, I will have to guess that there is r
than we are hearing.

Whatever you post here can certainly be used in a lawsuit against you.

I am not a lawyer, but this statement might come back and bite you in the ass! "I hate
are dishonest.. and its clear that Mikes Cigars will use any tactic to bring try to eliminat
comptition I guess" .

profile · pm · email

D Posted: Sun Mar 19, 2006 11:49 am

**mdman**
HP Member

Joined: Sep 05, 2004
Posts: 504
Location:
WWW.MDCIGARS.COM

I will be happy to post the docs for you if you like..
they are all scanned, and now public record now that this is filed.

profile · pm · www

D Posted: Sun Mar 19, 2006 11:49 am

**Newbiepuke**
HP Member

Joined: Sep 07, 2004
Posts: 9262
Location: NH

I agree. You should bite your tongue and delete your posts.



D Posted: Sun Mar 19, 2006 11:52 am

**USN_Retired**
HP Member

Joined: Sep 04, 2004
Posts: 1518
Location: Cedar
Grove, NC

I just looked at the two web sites and I don't see much similarity. I do recall noticing tl
changed the look of their web site a few months ago, but it would never occur to me th
to copy mdcigars.com. Just my opinion. As for using your own name on your web site,
how they could prevent you from doing that. It reminds me of Monster Cable suing eve
anybody with the word monster in their product or web site name.



D Posted: Sun Mar 19, 2006 11:54 am

**mdman**
HP Member

Joined: Sep 05, 2004
Posts: 504
Location:
WWW.MDCIGARS.COM

There ya go.. I took out my personal comments.. I will just keep it to the facts....

We have a prior agreement that I will not use Mikes Cigars in my tradmark.
At that time I change my business name from Mikes Discount to MD Cigars

Now they come back saying I cant use my name in the text of my site 5 years later w
know I am legally able to do so.

Then they have their lawyers contact me and agree to settle if I make a couple chanç
did, even though I did not have to.

Then, when they say they are settling, they change their page to match mine, then fi

Its easy to see when the change happened as the internet archive site archives all sit
change, including mine.

You make your own mind, I am only stating the facts.



D Posted: Sun Mar 19, 2006 11:56 am

**op**

HP Member

Joined: Jul 29, 2005
Posts: 2180
Location: Va.
Beach/Miami

**mdman wrote:**

There ya go.. I took out my personal comments.. I will just keep it to the facts....

We have a prior agreement that I will not use Mikes Cigars in my tradmark.
At that time I change my business name from Mikes Discount to MD Cigars

Now they come back saying I cant use my name in the text of my site 5 years later wher
know I am legally able to do so.

Then they have their lawyers contact me and agree to settle if I make a couple changes.
I did, even though I did not have to.

Then, when they say they are settling, they change their page to match mine, then file a
lawsuit.

Its easy to see when the change happened as the internet archive site archives all sites
they change, including mine.

You make your own mind, I am only stating the facts.

Just keep one thing in mind, the quickest two ways to riches for a lawyer are anger and





□ Posted: Sun Mar 19, 2006 12:04 pm

**mdman**
HP Member

Joined: Sep 05, 2004
Posts: 504
Location:
WWW.MDCIGARS.COM

I cant argue that point..
the Lawyers are the only ones who will benifit from this case for sure..





□ Posted: Sun Mar 19, 2006 12:23 pm

**wouldestous**
HP Member

Joined: Sep 04, 2004
Posts: 4097
Location: oddball

i have long maintained that the cigar industry attracts all manner of cranks, crooks, pa
weirdos, con men, pseudo-aristocrats, charlatans, freaks, dorks, addicts, villains, grifte
chumps, nutballs, fartknockers, hoosiers, tittie-babies, whackjobs, weasels, tattletales,
thieves, tourettes cases, all manner of bastards, punks, arrivistes, cocksuckers, mouth
scalawags, geeks, bandits, scumbags, all manner of sexual and social deviate, jerks, je
oddballs, wastrels, shady characters, livestock aficionados, narcs, malcontents, jive tur
jumpers, suburban cowboys, cretins, sociopaths, psychopaths, uncle fuckers, axe-grinc
sinners, pricks, clean-cut cockroaches, dicks, dickwads, schmucks, crackpots, worms, l

losers, madmen, boogerheads, drunks, wild exaggerators, bitches, snakes, yuppies, sw
chiselers, hicks, rats, rounders, pickpockets, knuckle-draggers, perverts, sleazeballs, p
liars, sharks, cheats, hornswogglers, mutants, shameless hussies, zealots, criminals, fl
loonies, bullshitters, whores, creeps, troublemakers, penis wrinkles, kooks, posers, mo
derelicts, loudmouth windbags, bandoleros, cutthroats, sketchy operators, douchebags
knuckleheads, and jerkoffs. Fortunately this is also the customer base. <shrugs nonchi

Last edited by wouldestous on Sun Mar 19, 2006 12:25 pm; edited 1 time in total

profile    pm

D Posted: Sun Mar 19, 2006 12:25 pm

**ZeroZed**
HP Veteran



Uncle Mikey better be scared.

Joined: Aug 08, 2004
Posts: 1897

profile    pm



D Posted: Sun Mar 19, 2006 12:27 pm

**cephisfunchis**
HP Member

Joined: Sep 02, 2005
Posts: 2323

**wouldestous wrote:**

i have long maintained that the cigar industry attracts all manner of cranks, crooks, par
weirdos, con men, pseudo-aristocrats, charlatans, freaks, dorks, addicts, villains, grifter
putos, chumps, nutballs, fartknockers, hoosiers, tittie-babies, whackjobs, weasels, tattl
screwballs, thieves, tourettes cases, all manner of bastards, punks, arrivistes, cocksuck
mouth-breathers, scalawags, geeks, bandits, scumbags, all manner of sexual and social
deviate, jerks, jerkwads, oddballs, wastrels, shady characters, livestock aficionados, nai
malcontents, jive turkeys, claim jumpers, suburban cowboys, cretins, sociopaths, psych
uncle fuckers, axe-grinders, retards, sinners, pricks, clean-cut cockroaches, dicks, dickv
schmucks, crackpots, worms, hillbillies, losers, madmen, boogerheads, drunks, wild
exaggerators, bitches, snakes, yuppies, swindlers, chiselers, hicks, rats, rounders, pickr
knuckle-draggers, perverts, sleazeballs, peckerheads, liars, sharks, cheats, hornswoggl
mutants, shameless hussies, zealots, criminals, flakes, goons, loonies, bullshitters, who
creeps, troublemakers, penis wrinkles, kooks, posers, morons, derelicts, loudmouth win
bandoleros, cutthroats, sketchy operators, douchebags, knuckleheads, and jerkoffs. For
this is also the customer base. <shrugs nonchalantly>

can i borrow you a dollar



🗋 Posted: Sun Mar 19, 2006 12:37 pm

**RSteve**
HP Member

Joined: Sep 04, 2004
Posts: 2410
Location: A
Maximum of Three
Incisive Posts Per
Week, All Else Crap!

I wonder what happened with this.

> **RSteve wrote:**
>
> Youch! Did you see one of the special items?
>
> Cuban Crafters has it listed as:
>
>> **Quote:**
>>
>> MIKE'S CIGAR BUNDLE - TORO DISCOUNT CIGARS - 25 IN A BUNDLE - 6 inches long with a ring gauge of 50.
>
> If Oscar at Mike's Cigars threatened Mike of MD Cigars for having U.S. serviceme write: "Dear Mike" and have the letters on his website, wait until he sees MIKE'S BUNDLE.



🗋 Posted: Sun Mar 19, 2006 12:41 pm

**RSteve**
HP Member

Joined: Sep 04, 2004
Posts: 2410
Location: A
Maximum of Three
Incisive Posts Per
Week, All Else Crap!

> **cephisfunchis wrote:**
>
> can i borrow you a dollar





🗋 Posted: Sun Mar 19, 2006 12:42 pm

**valuman**
HP Member

Joined: Sep 04, 2004
Posts: 3197
Location: Vermont

I wonder if I could copy-write my name, then sue everyone else named Tim. I wouldn't large damages, $100/ea should be sufficient. 😊

| profile | pm | email |

---

D Posted: Sun Mar 19, 2006 12:48 pm

**RSteve**
HP Member

Joined: Sep 04, 2004
Posts: 2410
Location: A
Maximum of Three
Incisive Posts Per
Week, All Else Crap!

**cephisfunchis wrote:**

can i borrow you a dollar

added: cyberspace must be real weird. This post appeared as a double post seven min original post.

Last edited by RSteve on Sun Mar 19, 2006 7:15 pm; edited 1 time in total

| profile | pm |

**Mikes Cigars Lawsuit is on!**

**Herfers Paradise Forum Index -> Herf House**

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum

All times are
Page **1** of **3**   Goto pag

All Posts   Oldest First   | Go |

Herf House

| new topic |   | post reply |

Web site engine code is Copyright © 2003 by PHP-Nuke. All Rights Reserved. PHP-Nuke is Free Software released under the
GNU/GPL license.
Page Generation: 0.338 Seconds

:: Herfers Paradise The Best Cigar Community on the Internet ::